UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jaime Ivan Duchi-Naula


v.                                    Case No. 25-cv-247-LM-AJ


Tatum et al.


JUDGMENT


In accordance with the endorsed orders by Judge Landya B. McCafferty dated March 25, 2026 and May 11, 2026, judgment is hereby entered.


By the Court:

Tracy A. Uhrin
Clerk of Court


Date: May 18, 2026


cc:   Counsel of Record